Robert DUNBAR, Plaintiff–Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Human Resource Service; Davis, Doctor at Kirkland Reception and Evaluation Center; Neivlle, Kirkland Reception and Evaluation Center; Correctional Medical Services (CMS); Corrections Officer Adams, Officer at Kirkland Correctional Institution; Howard Freeman Patterson; Patterson, Officer at Kirkland Correctional Institution; Anthony, Officer at Kirkland Correctional Institution; Barbara Skeen, SCDC Health Resource Service; Doug Catoe, Director of SCDC; Palmetto Health Alliance, d/b/a Palmetto Richland Memorial Hospital, Defendants–Appellees.

No. 01–6548.

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

Robert Dunbar, pro se.

James E. Parham, Jr., Irmo, SC; Charles Elford Carpenter, Jr., Georgia Anna Mitchell, S. Elizabeth Brosnan, Richardson, Plowden, Carpenter & Robinson, Columbia, SC, for appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Robert Dunbar appeals the district court's order granting Richland Memorial Hospital's motion to dismiss and substituting parties. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*